PER CURIAM.
Affirmed. Gordon v. State, 104 So.2d 524 (Fla.1958); Sands v. State, 202 So.2d 141 (Fla. 2d DCA 1967); State v. Davis, 203 So.2d 160 (Fla.1967); State v. Jones, 204 So.2d 515 (Fla.1967); DeRiggi v. State, 209 So.2d 714 (Fla. 3d DCA 1968); Koran v. State, 213 So.2d 735 (Fla. 3d DCA 1968); Powers v. State, 224 So.2d 411 (Fla. 3d DCA 1969); Chariott v. State, 226 So.2d 359 (Fla. 3d DCA 1969); Collins v. State, 227 So.2d 538 (Fla. 3d DCA 1969); Arrington v. State, 233 So.2d 634 (Fla.1970); Wimes v. State, 243 So.2d 443 (Fla. 3d DCA 1971); Wheeler v. State, 311 So.2d 713 (Fla. 4th DCA 1975); Willis v. State, 320 So.2d 823 (Fla. 4th DCA 1975); Barry v. State, 330 So.2d 512 (Fla. 1st DCA 1976); Howell v. State, 337 So.2d 823 (Fla. 1st DCA 1976); Ellison v. State, 349 So.2d 731 (Fla. 3d DCA 1977); Wainwright v. Sykes, 433 U.S. 72, 97 S.Ct. 2497, 53 L.Ed.2d 594 (1977); Fla.R.Crim.P. 3.220(j)(l); Fla.R.Crim.P. 3.720.